*Anthony J. Giangiulio,* with him *Giangiulio, Katz & Josel,* for appellant.

*John E. Landis,* with him *Landis and Williams,* for appellees.

OPINION PER CURIAM, June 28, 1972:
Decree affirmed. Appellant to pay costs.

## Dunk Appeal.

Argued April 27, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and NIX, JJ.

*Charles S. Dunk,* with him *Bella M. Dunk,* appellants, in propria persona.

*Robert S. Gawthrop, Jr.,* with him *Gawthrop & Greenwood,* for appellee.

OPINION PER CURIAM, June 28, 1972:
Order affirmed.
Mr. Justice MANDERINO took no part in the consideration or decision of this case.

Commonwealth, Appellant *v.* Rosenfield.

Argued April 24, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.